211 P.3d 87

# SUPREME COURT OF HAWAI'I

| A.W., In re | 29253 | 05/28/2009 | Dismissed | 120 Hawai'i 386, 206 P.3d 472 |
|---|---|---|---|---|
| Grindling v. State | 29335 | 05/08/2009 | Dismissed | 120 Hawai'i 384, 205 P.3d 649 |
| Mizukami v. Mizukami | 28522 | 07/23/2008 | Dismissed | |
| Mizukami v. Mizukami | 28522 | 06/27/2008 | Dismissed | |
| Napeahi v. State | 28809 | 03/03/2009 | Dismissed | 120 Hawai'i 49, 200 P.3d 418 |
| State ex rel. Office of Consumer Protection v. Metro Club, Inc. | 24392 | 05/29/2003 | Denied | 103 Hawai'i 313, 81 P.3d 1228 |
| State v. Hussein | 28617 | 02/06/2009 | Dismissed | 119 Hawai'i 335, 197 P.3d 787 |
| State v. Line | 27850 | 04/20/2009 | Dismissed | 120 Hawai'i 281, 204 P.3d 500 |
| State v. Taylor | 28168, 28169 | 03/02/2009 | Dismissed | 118 Hawai'i 540, 193 P.3d 456 |